FENNEMORE CRAIG, P.C.
Brenoch R. Wirthlin (Nevada Bar No. 10282)
Mark Hawkins (Nevada Bar No. 8490)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada  89101
Telephone:  (702) 692-8000
Facsimile:  (702) 692-8099
Email:  bwirthlin@fclaw.com

*Attorneys for Defendant Calvada Partners, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BART STREET III, a Nebraska Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> ACC ENTERPRISES, LLC, a Nevada Limited Liability Company; ACC INDUSTRIES, INC., a Nevada corporation; CALVADA PARTNERS, LLC, a Nevada Limited Liability Company, <br><br> Defendants. | Case No. 2:17-cv-00083-GMN-VCF <br><br> **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br> **(First Request)** |

WHEREAS, on January 11, 2017, Plaintiff served upon Defendant Calvada Partners, LLC ("Calvada") the Summons and Complaint in the instant action;

WHEREAS, the time for Calvada to answer or otherwise respond was February 1, 2017;

NOW, THEREFORE, it is hereby STIPULATED by Plaintiff and Calvada that the time Calvada has to respond to the Complaint should be extended from February 1, 2017 to February 6, 2017.  It is further agreed that Defendants ACC Enterprises, LLC and ACC Industries, Inc., have until March 6th to answer or otherwise respond.

///

FENNEMORE CRAIG, P.C.

This stipulation is not for purposes of delay. This is the first request for such an extension. No further requests are anticipated.

DATED February 3, 2017.                    FENNEMORE CRAIG, P.C.

                                           By:   /s/ Brenoch R. Wirthlin
                                                 Brenoch R. Wirthlin (Nevada Bar No. 10282)
                                                 Mark Hawkins (Nevada Bar No. 8490)
                                                 300 South Fourth Street, Suite 1400
                                                 Las Vegas, Nevada 89101
                                                 Telephone: (702) 692-8000
                                                 Facsimile: (702) 692-8099
                                                 Email: bwirthlin@fclaw.com

                                                 *Attorneys for Defendant Calvada Partners, LLC*

DATED February 3, 2017.                    CARBAJAL & McNUTT, LLP

                                           By:   /s/ Dan McNutt
                                                 Dan McNutt (Nevada Bar No. )
                                                 625 S. 8th Street
                                                 Las Vegas, Nevada 89101

                                                 *Attorneys for Plaintiff*

## **ORDER**

Pursuant to the foregoing stipulation of the Parties, IT IS SO ORDERED.

DATED this 6th day of February, 2017.

UNITED STATES MAGISTRATE JUDGE