**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| BART STREET III, | |
| Plaintiff, | |
| vs. | 2:17-cv-00083-GMN-VCF |
| | **ORDER** |
| ACC ENTERPRISES, LLC, *et al.*, | |
| Defendants. | |

Before the Court is Defendant Calvada Partners' Demand for Security for Costs Pursuant to NRS 18.130 (ECF No. 10). Plaintiff has filed a Notice of Non-Opposition to Calvada Partners, LLC's Demand for Security for Costs Pursuant to NRS 18.130. (ECF No. 13).

Accordingly,

IT IS HEREBY ORDERED that Defendant Calvada Partners' Demand for Security for Costs Pursuant to NRS 18.130 (ECF No. 10) is GRANTED.

DATED this 7th day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE