1    FENNEMORE CRAIG, P.C.
     Brenoch R. Wirthlin (Nevada Bar No. 10282)
2    Mark Hawkins (Nevada Bar No. 8490)
     300 South Fourth Street, Suite 1400
3    Las Vegas, Nevada  89101
     Telephone:  (702) 692-8000
4    Facsimile:  (702) 692-8099
     Email:  bwirthlin@fclaw.com
5
     *Attorneys for Defendant Calvada Partners, LLC*
6

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10   BART STREET III, a Nebraska Limited          Case No. 2:17-cv-00083-GMN-VCF
     Liability Company,
11
                   Plaintiff,
12
            v.                                     **STIPULATION FOR EXTENSION
13                                                 OF TIME TO FILE OPPOSITION TO
     ACC ENTERPRISES, LLC, a Nevada                PLAINTIFF'S MOTION FOR
14   Limited Liability Company; ACC                SUMMARY JUDGMENT**
     INDUSTRIES, INC., a Nevada corporation;
15   CALVADA PARTNERS, LLC, a Nevada
     Limited Liability Company,
16
                   Defendants.
17

18

19          WHEREAS, on February 10, 2017, Plaintiff served upon Defendant Calvada Partners,

20   LLC ("Calvada") its Motion for Summary Judgment in the instant action;

21          WHEREAS, the time for Calvada to respond was March 13, 2017;

22          NOW, THEREFORE, it is hereby STIPULATED by Plaintiff and Calvada that the time

23   Calvada has to respond to the Motion for Summary Judgment should be extended from March 13,

24   2017 to March 14, 2017.  It is further agreed that Defendants ACC Enterprises, LLC and ACC

25   Industries, Inc., have until March 14th to respond.

26   ///

FENNEMORE CRAIG, P.C.        12689104/041982.0004

1    This stipulation is not for purposes of delay. This is the first request for such an extension.

2    No further requests are anticipated.

3    DATED March 13, 2017.                    FENNEMORE CRAIG, P.C.

4

5    By:    /s/ Brenoch R. Wirthlin
            Brenoch R. Wirthlin (Nevada Bar No. 10282)

6           Mark Hawkins (Nevada Bar No. 8490)
            300 South Fourth Street, Suite 1400

7           Las Vegas, Nevada  89101
            Telephone:  (702) 692-8000

8           Facsimile:  (702) 692-8099
            Email:  bwirthlin@fclaw.com

9

10          *Attorneys for Defendant Calvada Partners,*
            *LLC*

11

12   DATED March 13, 2017.                    CARBAJAL & McNUTT, LLP

13

14   By: /s/ Dan McNutt
        Dan McNutt (Nevada Bar No. 007815)

15      625 S. 8th Street
        Las Vegas, Nevada 89101

16
        *Attorneys for Plaintiff*

17

18                    **ORDER**

19   Pursuant to the foregoing stipulation of the Parties, IT IS SO ORDERED.

20   DATED this  5th  day of _____April_____, 2017.

21

22   _____
        UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

FENNEMORE CRAIG, P.C.    12689104/041982.0004

- 2 -