# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BART STREET III,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ACC ENTERPRISES, LLC, *et al.*,<br><br>　　　　Defendants. | 2:17-cv-00083-GMN-VCF<br>**ORDER** |

　　　　Before the Court is Plaintiff's Proposed Discovery Plan and Scheduling Order (ECF No. 56).

　　　　IT IS HEREBY ORDERED that a discovery hearing on Plaintiff's Proposed Discovery Plan and Scheduling Order (ECF No. 56) is scheduled for 2:00 PM, May 4, 2017, in Courtroom 3D.

　　　　DATED this 28th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE