DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com
Attorneys for *Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BART STREET III, a Nebraska Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ACC ENTERPRISES, LLC, a Nevada Limited Liability Company; ACC INDUSTRIES, INC., a Nevada corporation; CALVADA PARTNERS, LLC, a Nevada Limited Liability Company;<br><br>Defendants. | Case No.: 2:17-cv-00083-GMN-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY HEARING** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their counsel of record, that the Discovery Hearing currently set for May 4, 2017 at 2:00 p.m. be continued due to Plaintiff's counsel having a conflict. The parties respectively request that the Discovery Hearing be rescheduled to the afternoon of May 9, 2017; the afternoon of May 11, 2017; or the week of May 15, 2017 (excluding May 17, 2017).

IT IS SO STIPULATED.

DATED this 1st day of May, 2017.　　　　　　DATED this 1st day of May, 2017.

*/s/ Dan McNutt*　　　　　　　　　　　　　　*/s/ Brenoch Wirthlin*
Dan McNutt, Esq. (SBN 6247)　　　　　　　　Brenoch Wirthlin, Esq. (SBN 10282)
Matthew C. Wolf, Esq. (SBN 10801)　　　　　Mark Hawkins, Esq. (SBN 8490)
CARBAJAL & MCNUTT, LLP　　　　　　　　FENNEMORE CRAIG, P.C.
625 S. 8th Street　　　　　　　　　　　　　　300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101　　　　　　　　　　Las Vegas, NV 89101
drm@cmlawnv.com　　　　　　　　　　　　　bwirthlin@fclaw.com
mcw@cmlawnv.com　　　　　　　　　　　　　mhawkins@fclaw.com

*Attorneys for Plaintiff*　　　　　　　　　　　*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-2-2017

IT IS HEREBY ORDERED that the hearing on May 4, 2017 is RESCHEDULED to 1:30 PM, May 19, 2017, in Courtroom 3D.