# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BART STREET III,<br><br>        Plaintiff,<br><br>vs.<br><br>ACC ENTERPRISES, LLC, *et al.*,<br><br>        Defendants. | 2:17-cv-00083-GMN-VCF<br>**ORDER** |

Before the Court is the Emergency Motion to Quash or Modify Subpoenas (ECF No. 83).

IT IS HEREBY ORDERED that the compliance with subpoenas at issue is stayed pending further order of the Court.

IT IS FURTHER ORDERED that any opposition to the Emergency Motion to Quash or Modify Subpoenas (ECF No. 83) must be filed on or before July 5, 2017. Any reply in support of the Emergency Motion to Quash or Modify Subpoenas (ECF No. 83) must be filed on or before July 10, 2017.

IT IS FURTHER ORDERED that a hearing on the Emergency Motion to Quash or Modify Subpoenas (ECF No. 83) is scheduled for 10:00 AM, July 14, 2017, in Courtroom 3D.

DATED this 27th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE