# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BART STREET III,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ACC ENTERPRISES, LLC, *et al.*,<br><br>　　　　　Defendants. | 2:17-cv-00083-GMN-VCF<br>**ORDER** |

　　　Before the Court is the Emergency Motion to Quash or Modify Subpoenas (ECF No. 101).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that any opposition to the Emergency Motion to Quash or Modify Subpoenas (ECF No. 101) must be filed on or before August 24, 2017. Any reply in support of the Emergency Motion to Quash or Modify Subpoenas (ECF No. 101) must be filed on or before August 31, 2017.

　　　The subpoenas of Howard Misle, Cellco Partnership, dba Verizon Wireless; and Sprint Spectrum, L.P. are stayed pending further order of the court.

　　　IT IS SO ORDERED.

　　　DATED this 17th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE