# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BART STREET III,<br><br>    Plaintiff,<br><br>vs.<br><br>ACC ENTERPRISES, LLC, *et al.*,<br><br>    Defendants. | 2:17-cv-00083-GMN-VCF<br>**ORDER** |

Before the Court is Plaintiff's Motion to Compel Production of Documents Responsive to Subpoenas Duces Tecum (ECF No. 120).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Plaintiff's Motion to Compel Production of Documents Responsive to Subpoenas Duces Tecum (ECF No. 120) must be filed on or before September 18, 2017. Any reply in support of Plaintiff's Motion to Compel Production of Documents Responsive to Subpoenas Duces Tecum (ECF No. 120) must be filed on or before September 25, 2017.

IT IS FURTHER ORDERED that the hearing scheduled for September 26, 2017, on the Motion to Quash or Modify Subpoenas (ECF No 101) and Motion to Compel Responses to Written Discovery (ECF No. 111), is RESCHEDULED to 10:00 AM, October 2, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that a hearing on Plaintiff's Motion to Compel Production of Documents Responsive to Subpoenas Duces Tecum (ECF No. 120) is scheduled for 10:00 AM, October 2, 2017, in Courtroom 3D.

DATED this 14th day of September, 2017.

                             _____
                             CAM FERENBACH
                             UNITED STATES MAGISTRATE JUDGE