# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BART STREET III, a Nebraska Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ACC ENTERPRISES, LLC, a Nevada Limited Liability Company, ACC INDUSTRIES, INC., a Nevada corporation; CALVADA PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | 2:17-cv-00083-GMN-VCF<br>**ORDER** |

Before the Court is Plaintiff's Motion to Stay All Discovery and Pretrial Deadlines Until the District Court Rules Upon Plaintiff's Pending Dispositive Motion (ECF No. 132).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Plaintiff's Motion to Stay All Discovery and Pretrial Deadlines Until the District Court Rules Upon Plaintiff's Pending Dispositive Motion (ECF No. 132) must be filed on or before noon, September 29, 2017. No reply necessary.

IT IS FURTHER ORDERED that a hearing on Plaintiff's Motion to Stay All Discovery and Pretrial Deadlines Until the District Court Rules Upon Plaintiff's Pending Dispositive Motion (ECF No. 132) is scheduled for 10:00 AM, October 2, 2017, in Courtroom 3D.

Pursuant to LR IC 2-2(g), unless the presiding judge orders otherwise, a filer must provide to chambers a paper copy of all electronically filed documents that exceed 50 pages in length, including exhibits or attachments. Paper copies must be appropriately tabbed as stated in LR IA 10-3(i).

IT IS FURTHER ORDERED that Plaintiff must provide to chambers by noon, September 28, 2017, in the form required by this Court's local rules, courtesy copies of the following:

1. Appendix in support of Plaintiff's Opposition to Defendants' Emergency Motion to Quash or Modify Subpoenas – Volume 1 (ECF No. 106),

2. Appendix in support of Plaintiff's Opposition to Defendants' Emergency Motion to Quash or Modify Subpoenas – Volume 2 (ECF No. 107),

3. Appendix in support of Plaintiff's Motion to Compel Responses to Written Discovery – Volume 1 (ECF No. 112),

4. Appendix in support of Plaintiff's Motion to Compel Responses to Written Discovery – Volume 2 (ECF No. 113),

5. Appendix in support of Plaintiff's Motion to Compel Responses to Written Discovery – Volume 3 (ECF No. 114),

6. Appendix in support of Plaintiff's Motion to Compel Production of Documents Responsive to Subpoenas Duces Tecum (ECF No. 121), and,

7. Appendix in support of Plaintiff's Motion to Compel Production of Documents Responsive to Subpoenas Duces Tecum, Volume 2 (ECF No. 122).

In the alternative, if by filing the motion to stay all discovery Plaintiff is abandoning its positions in Plaintiff's motion to compel responses to written discovery (ECF No. 111), Plaintiff's motion to compel production of documents (ECF No. 120), and Defendant's Motion to Quash (ECF No. 101), then Plaintiff must file, by noon, September 28, 2017, a notice withdrawing motions numbered 111 and 120, and consenting to the granting of motion 101.

IT IS SO ORDERED.

DATED this 26th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE