# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BART STREET III, a Nebraska Limited Liability Company, | |
| Plaintiff, | 2:17-cv-00083-GMN-VCF |
| vs. | **ORDER** |
| ACC ENTERPRISES, LLC, a Nevada Limited Liability Company, ACC INDUSTRIES, INC., a Nevada corporation; CALVADA PARTNERS, LLC, a Nevada Limited Liability Company, | |
| Defendants. | |

Before the Court is the Notice to Withdraw Plaintiff's Motion to Stay All Discovery and Pre-Trial Deadlines (ECF No. 135).

Accordingly,

IT IS HEREBY ORDERED that the hearing on the motion to stay (ECF No. 132) is VACATED.

The hearing on Plaintiff's motion to compel responses to written discovery (ECF No. 111), Plaintiff's motion to compel production of documents (ECF No. 120), and Defendant's Motion to Quash (ECF No. 101), remains on calendar for 10:00 AM, October 2, 2017, in Courtroom 3D.

IT IS SO ORDERED.

DATED this 27th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE