# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BART STREET III, a Nebraska Limited Liability Company, | |
| Plaintiff, | 2:17-CV-00083-GMN-VCF |
| vs. | **ORDER** |
| ACC ENTERPRISES, LLC, a Nevada Limited Liability Company; ACC INDUSTRIES, INC., a Nevada corporation; CALVADA PARTNERS, LLC, a Nevada Limited Liability Company, | |
| Defendants. | |

Before the court are the following motions:

1. Plaintiff's Motion to Establish Protocols for Searching and Producing Defendants' Text Messages (ECF NO. 173),

2. Defendants' Motion to Quash Subpoena to Fennemore Craig, P.C. (ECF NO. 175),

3. Plaintiff's (1) Limited Opposition to Defendants' Motion to Quash Plaintiff's Subpoena Duces Tecum to Fennemore Craig, P.C. and (2) Counter-Motion to Compel (ECF No. 178).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the motions referenced above is scheduled for 10:00 AM, May 1, 2019, in Courtroom 3D.

DATED this 11th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE