Rory T. Kay, Esq. (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BART STREET III, a Nebraska Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ACC ENTERPRISES, LLC, a Nevada Limited Liability Company; ACC INDUSTRIES, INC., a Nevada corporation; CALVADA PARTNERS, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 2:17-cv-00083-GMN-VCF<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |

Notice is hereby given that, subject to approval by the Court, Defendant ACC Enterprises, LLC and ACC Industries, Inc. hereby authorize and consent to the substitution of Rory T. Kay of McDonald Carano, LLP, as attorney of record in the above-entitled action, in the place and stead of Daniel S. Cereghino and Thomas H. Fell of Fennemore Craig P.C., Brenoch R. Wirthlin of Hutchison & Steffen and Kevin J. Hejmanowski of Leah Martin Law.

Contact information for new counsel is as follows:

Rory T. Kay, Esq. (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com

I consent to the above substitution.

Dated this ___ day of February, 2020.

ACC ENTERPRISES, LLC

By: _____

Name: HOWARD N. MISLE

Title: MANAGING MEMBER

ACC INDUSTRIES, INC.

By: _____

Name: HOWARD N. MISLE

Title: PRESIDENT

I consent to be substituted.

Dated this ___ day of February, 2020.

FENNEMORE CRAIG

By: _____
Thomas H. Fell, Esq. (NSBN 3717)
Daniel S. Cereghino, Esq. (NSBN 11534)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
tfell@fclaw.com
dcereghino@fclaw.com

**HUTCHISON & STEFFEN**

By: /s/ Brenoch Wirthlin
Brenoch R. Wirthlin, Esq. (NSBN 10282)
**10080 West Alta Drive, Suite 200**
**Las Vegas, Nevada 89145**
**bwirthlin@hutchlegal.com**

LEAH MARTIN LAW

By: _____
Kevin J. Hejmanowski, Esq. (NSBN 10612)
3100 W. Sahara Ave., Suite 202
Las Vegas, Nevada 89102
khejmanowski@leahmartinlv.com

Page 2

I consent to the above substitution.

Dated this ___ day of February, 2020.

ACC ENTERPRISES, LLC

By:_____

Name:_____

Title:_____


ACC INDUSTRIES, INC.

By:_____

Name:_____

Title:_____

I consent to be substituted.

Dated this 26 day of February, 2020.

FENNEMORE CRAIG

By:_____
Thomas H. Fell, Esq. (NSBN 3717)
Daniel S. Cereghino, Esq. (NSBN 11534)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
tfell@fclaw.com
dcereghino@fclaw.com

HUTCHISON & STEFFEN

By: /s/ Brenoch Wirthlin
Brenoch R. Wirthlin, Esq. (NSBN 10282)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
bwirthlin@hutchlegal.com

LEAH MARTIN LAW

By: /s/ Kevin J. Hejmanowski
Kevin J. Hejmanowski, Esq. (NSBN 10612)
3100 W. Sahara Ave., Suite 202
Las Vegas, Nevada 89102
khejmanowski@leahmartinlv.com

Page 2

I consent to the above substitution.

Dated this 27th day of February, 2020.

McDONALD CARANO LLP

By: _____
Rory T. Kay, Esq. (NSBN 12416)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rkay@mcdonaldcarano.com

*Attorney for Defendants*

The substitution of attorney is hereby approved and so ORDERED.

Dated this _____ day of February, 2020.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 28th day of February, 2020, a true and correct copy of the foregoing **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to the following counsel of record registered to receive CM/ECF notification:

 */s/ Kimberly Kirn*
An employee of McDonald Carano LLP

Page 4

4839-4093-8421, v. 2