MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BART STREET III, a Nebraska Limited Liability Company,<br><br>  Plaintiff,<br><br>vs.<br><br>ACC ENTERPRISES, LLC, a Nevada Limited Liability Company; ACC INDUSTRIES, INC., a Nevada corporation; CALVADA PARTNERS, LLC, a Nevada Limited Liability Company;<br><br>Defendants. | Case No.: 2:17-cv-00083-GMN-VCF<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

The Parties have executed a Confidential Settlement Agreement and Mutual Release (the "Agreement"). Pursuant to the terms of the Agreement, a Stipulation and Order to Dismiss the matter with prejudice will be filed on December 7, 2020.

DATED August 31, 2020.

*/s/ Dan McNutt*
Dan McNutt, Esq. (SBN 6247)
Matthew C. Wolf, Esq. (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 S. 8th Street
Las Vegas, Nevada 89101
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Attorneys for Plaintiff*

DATED August 31, 2020.

*/s/ Ryan Works*
Ryan J. Works, Esq. (SBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
rworks@mcdonaldcarano.com
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: August 31, 2020

1

## CERTIFICATE OF SERVICE

The undersigned is an employee of McNutt Law Firm, P.C. and certifies that under Fed. R. Civ. P. 5, on August 31, 2020, I served a true and correct copy of **JOINT STATUS REPORT RE: SETTLEMENT** by mailing a copy by United States Postal Service, postage prepaid, via email, or via electronic mail through the United States District Court's CM/ECF system to the following at their last known address or e-mail:

Ryan J. Works, Esq. (SBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
rworks@mcdonaldcarano.com

*Counsel for Defendants*

　　　　　　　　　　　　　　　　　　　　*/s/ Lisa Heller*
　　　　　　　　　　　　　　　　　　　　An Employee of McNutt Law Firm, P.C.

2